**05 CV 11710 RGS**

RECEIVED
Clerk's Office
USDC, Mass.
Date _____
By _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 04-10157 |
| ONTOS, INC., ) | |
| ) | |
| Debtor. ) | |

### Notice of Appeal under 28 U.S.C.
### section 158(a) or (b) From a Judgment,
### Order or Decree of a Bankruptcy Judge

### NOTICE OF APPEAL

Thomas J. McCoy, the appellant appeals under 28 U.S.C. section 158(a) or (b) from the judgment, orders, or decree of the bankruptcy judge in respect to **DENYING THE RELIEF REQUESTED IN MORLEY AND MCCOY'S OBJECTION TO THE MOTION BY THE TRUSTEE FOR APPROVAL OF STIPULATION; DENYING THE RELIEF REQUESTED IN MORLEY AND MCCOY'S MOTION TO PROCEED AND GRANTING THE MOTION BY THE TRUSTEE FOR APPROVAL OF STIPULATION BY AND BETWEEN THE TRUSTEE AND VENNWORKS, LLC., AMPHION VENTURES, FIRESTAR SOFTWARE, INC., ROBERT J. BERTOLDI, RICHARD C.E. MORGAN AND KENNETH LORD** entered on the 29th day of June, 2005.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

VennWorks LLC., Amphion Ventures Firestar Software, Inc. Robert J. Bertoldi Richard C.E. Morgan, Kenneth Lord Thomas J. McCoy, T. Mark Morley and Joseph G. Butler, trustee and Ontos, Inc.

The attorneys are:
Joseph G. Butler                             Butler
Barron & Stadfield, P.C.
100 Cambridge Street, Suite 1310
Boston Massachusetts 02114

1



| | |
|---|---|
| **McCoy Notice of Appeal**<br>Kevin J. O' Connor<br>Mayeti Gametchu<br>James Bell<br>Paragonlaw Group, LLP<br>184 High Street<br>Boston, Massachusetts 02110.<br>617-399-7950 | McCoy |
| Philip Silverman<br>Donald Farrell<br>Anderson & Aquino<br>260 Franklin Street<br>Boston Massachusetts 02110<br>617-439-3500 | Ontos, Inc. |
| Harold B. Murphy<br>Christian J. Urbano<br>Hanify & King<br>Professional Corporation<br>One Beacon Street<br>Boston, Massachusetts 02108<br>617-423-0400 | Firestar and Lord |
| Eric P Heichel<br>Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.<br>845 Third Avenue<br>New York, New York 10022<br>212-752-1000 | Firestar, Lord, Vennworks,<br>Amphion, Bertoldi, Morgan |

Additionally, the parties on the accompanying Service List are affected by the Orders.

Dated: July 11, 2005
Boston, MA

Respectfully Submitted,

/s/ Mayeti Gametchu
Kevin J. O'Connor (BBO# 555250)
Mayeti Gametchu (BBO# 647787)
James W. Bell (BBO#658123)
PARAGON LAW GROUP, LLP
184 High Street
Boston, MA 02110
(617) 399-7950

Attorneys for Creditor
THOMAS J. McCOY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>ONTOS, INC.,<br><br>              Debtor. | Chapter 7<br>Case No. 04-10157 |

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that on July 11, 2005, I caused true and correct copies of the NOTICE OF APPEAL OF THOMAS J. MCCOY together with a copy of this CERTIFICATE OF SERVICE on the Chapter 7 trustee, Joseph G. Butler, and on the persons listed below by mailing a copy of the same by first class mail or by FedEx where indicated.

/s/ Mayeti Gametchu

Joseph G. Butler
Barron & Stadfeld
50 Staniford Street
Suite 200
Boston, MA 02114

Donald F. Farrell, Jr.
Philip Silverman
Anderson Aquino LLP
260 Franklin Street
Boston, MA, 02110
(by FedEx)

John Fitzgerlad
Office of the U.S. Trustee
10 Causeway Street
Boston, MA 02222

American Express Travel Rel.
Svcs. Co. Inc. Corp. Card
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

AMEX BF
600 Travis St., Ste. 1400
Houston, TX 77002

Amphion Ventures LP
350 Madison Ave
New York, NY 10017
(by FedEx)

Andover Mills Realty
Urban Commercial
200 Brickstone Square, Ste. G09
Andover, MA 01810

BEA Systems, Inc.
2315 North First Street
San Jose, CA 95131

Bowditch & Dewey
161 Worcester Rd.
Box 9320
Framingham, MA 01701

Comm. of Mass. DOR
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Comm. of Mass. REA
Div. of Employment and Training
19 Staniford St.
Boston, MA 02114-2566

David Brooke Associates
250 Park Avenue
17th Floor
New York, NY 10177

Delta Dental Plan of Mass
dba Dental Services of Mass.
465 Medford St.
Boston, MA 02129

Deluxe Systems
50 Strafello Drive
Avon Industrial Park
Avon, MA 02332

Dept. of the Treasury-IRS
JFK PO Box 9112
Insolvency Group 2
Stop 20800
Boston, MA 02203

Ernst & Young
1285 Avenue of the Americas
New York, NY 10019

Mark Kaplan
12 Lantern Lane
Chelmsford, MA 01824

Mass. DET
Attn: Chief Counsel
Hurley Bldg. Govt. Ctr.
Boston, MA 02114
(by FedEx)

Ontos, Inc.
c/o Robert Bertoldi -
Vennworks
350 Madison Ave.
New York, NY 10017
(by FedEx)

Robert Bertoldi
500 East 77th Street
Apt. 2322
New York, NY 10162
(by FedEx)

Kenneth Lord
Firestar, Inc.
31 Nagar Park
Acton, MA 01720
(by FedEx)

Kenneth Lord
11 Suzanne Road
Lexington, MA 02420
(by FedEx)

Richard E. Morgan
88 Foxwood Road
Stanford, CT 06903
(by FedEx)

Pitney Bowes Credit Corp
Attn: Recovery Department
27 Waterview Dr.
Shelton, CT 06484-4361

Silver Plume
4775 Walnut St, Ste 2B
Boulder, CO 80301

Stephen Ford
1213 John Street
Baltimore, MD 21217

Vennworks
350 Madison Ave, 16th flr.
New York, NY 10017
(by FedEx)

William Yerkes
282 Kendall Road
Tewksbury, MA 01876

FireStar Software, Inc. and

Kenneth Lord
Christian J. Urbano
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108-3107

0007-002-101872