**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE: *Ontos Inc.*

*Mc Coy  v.  Ontos*

**BANKRUPTCY APPEAL**

**CIVIL ACTION NO.** 05-11710-RGS

**O R D E R**

*Stearns*, **D. J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled  action on _8/15/05_,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before _10/7/05_ and the Appellee's brief shall be filed on or before _10/21/05_. The Appellant may file and serve a reply brief on or before _10/31/05_.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

_8/19/05_
**Date**

By the Court,

*Mary A. Johnson*
**Deputy Clerk**

(Bkappeal.ord - 09/92)                                                    [bro.]