UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE:                                   )        Bankruptcy Appeal
ONTOS, INC.,                     )
                                            )        Case No. 05-11710-RGS
                                            )
                Debtor.     )
_____)

**UNOPPOSED MOTION TO WITHDRAW
AS COUNSEL FOR THOMAS J. MCCOY**

Pursuant to Local Rule 83.5.2(c), the undersigned attorneys for Thomas J. McCoy hereby move to withdraw as counsel for Mr. McCoy. The grounds for this motion are as follows:

1. The undersigned counsel has not filed an appearance on behalf of Mr. McCoy with this Court. However, because the docket reflects that the undersigned counsel are attorneys of record for Mr. McCoy, counsel moves for leave to withdraw here.

2. Mr. McCoy and T. Mark Morley are co-Appellants in this bankruptcy appeal (Case Nos. 11710, 11708, respectivelly). Although the undersigned counsel once served as Mr. Morley's attorney in the bankruptcy court, that court granted counsel's motion to withdraw, and Mr. Morley has represented himself throughout this appeal.

3. Mr. Morley is an attorney and was recently admitted to practice in this Court. Mr. Morley has been engaged by Mr. McCoy to represent Mr. McCoy in this appeal, and Mr. McCoy assents to this motion.

4. Mr. Morley, as successor counsel for Mr. McCoy, files contemporaneously herewith his notice of appearance and will file on or before October 7, 2005, the Appellants' brief with this Court, on behalf of Mr. McCoy and himself.

5. There are no motions pending before this Court.

6. No trial date has been set in this matter.

7. No hearings or conferences are scheduled and no reports are due.

Dated:  October 6, 2005                                        Respectfully Submitted,
Boston, MA

                                                                                                            /s/ Mayeti Gametchu
                                                                                                            Kevin J. O'Connor (BBO# 555250)
                                                                                                            Mayeti Gametchu (BBO# 647787)
                                                                                                            James W. Bell (BBO#658123)
                                                                                                             PARAGON LAW GROUP, LLP
                                                                                                             184 High Street
                                                                                                             Boston, MA 02110
                                                                                                             (617) 399-7950

## CERTIFICATE OF CONFERRAL

I, Mayeti Gametchu, hereby certify that, on October 6, 2005, I conferred in good faith with Eric P. Heichel, counsel for Appellees, pursuant to Local Rule 7.1(a)(2), regarding the relief sought herein, and Mr. Heichel informed me that Appellees do not oppose this motion.

                                                                                                        /s/ Mayeti Gametchu

## CERTIFICATE OF SERVICE

I, Mayeti Gametchu, hereby certify that on October 6, 2005, I caused true and correct copies of the forgoing document to be sent to the Chapter 7 trustee, Joseph G. Butler, and on the persons listed below by mailing a copy of the same by first class mail or by FedEx where indicated.

                                                                                                         /s/ Mayeti Gametchu

Joseph G. Butler
Barron & Stadfeld
50 Staniford Street
Suite 200
Boston, MA  02114

Donald F. Farrell, Jr.
Philip Silverman
Anderson Aquino LLP
260 Franklin Street

Boston, MA, 02110
(by FedEx)

John Fitzgerlad
Office of the U.S. Trustee
10 Causeway Street
Boston, MA 02222

American Express Travel Rel.
Svcs. Co. Inc. Corp. Card
c/o Rhonda E. Rosenblum
Becket & Lee LLP
PO Box 3001, Dept. AC
Malvern, PA 19355

Firestar Software, Inc. and Kenneth Lord
c/o Harold B. Murphy
Christian J. Urbano
Hanify & King P.C.
1 Beacon Street
Boston, MA 02108

Firestar Software, Inc., Kenneth Lord, VennWorks LLC,
Amphion Ventures, Robert J. Bertoldi and Richard C.E. Morgan
c/o Eric P. Heichel, Esq.
Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
845 Third Avenue
New York, NY 10022

Bowditch & Dewey
161 Worcester Rd.
Box 9320
Framingham, MA 01701

Dept. of the Treasury-IRS
JFK PO Box 9112
Insolvency Group 2
Stop 20800
Boston, MA 02203

102168