_____

# UNITED STATES DISTRICT COURT

DISTRICT OF
_____ MASSACHUSETTS_____

**APPEARANCE**

Case Number: 11710

To the Clerk of this court and all parties of record:
Enter my appearance as counsel in this case for Thomas J. McCoy

I certify that I am admitted to practice in this court.

Date: October 5, 2005                    Signature: /s/ T. Mark Morley

                                         Name: T. Mark Morley        Bar Number: BBO#355320

                                         Address: 30 Deerpath Road
                                                  Dedham, MA 02026
                                         Phone: 781-461-9211
                                         Fax:    781-461-9223

**<u>CERTIFICATE OF SERVICE</u>**

        I, T. Mark Morley, hereby certify that on October 6, 2005, I caused true and correct copies of the forgoing document to be sent to the Chapter 7 trustee, Joseph G. Butler, and on the persons listed below by mailing a copy of the same by first class mail or by FedEx where indicated.

/s/ T. Mark Morley

Joseph G. Butler
Barron & Stadfeld
50 Staniford Street
Suite 200
Boston, MA  02114

Donald F. Farrell, Jr.
Philip Silverman
Anderson Aquino LLP
260 Franklin Street
Boston, MA, 02110
(by FedEx)

John Fitzgerald
Office of the U.S. Trustee
10 Causeway Street
Boston, MA 02222

American Express Travel Rel.
Svcs. Co. Inc. Corp. Card
c/o Rhonda E. Rosenblum
Becket & Lee LLP
PO Box 3001, Dept. AC
Malvern, PA 19355

Firestar Software, Inc. and Kenneth Lord
c/o Harold B. Murphy
Christian J. Urbano
Hanify & King P.C.
1 Beacon Street
Boston, MA 02108

Firestar Software, Inc., Kenneth Lord, VennWorks LLC,
Amphion Ventures, Robert J. Bertoldi and Richard C.E. Morgan
c/o Eric P. Heichel, Esq.
Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
845 Third Avenue
New York, NY 10022


Bowditch & Dewey
161 Worcester Rd.
Box 9320
Framingham, MA 01701

Dept. of the Treasury-IRS
JFK PO Box 9112
Insolvency Group 2
Stop 20800
Boston, MA 02203