UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                      )
IN RE:                                )   Chapter 7
                                      )   Case No. 04-10157
ONTOS, INC.,                          )
                                      )
                 Debtor.              )
_____)

## CERTIFICATE OF SERVICE

In addition to those individuals who received notice of electronic filing, I, Mayeti Gametchu, hereby certify that on November 8, 2005, I caused true and correct copies of Appellants' Reply Brief in the above captioned matter on the persons or entities listed below by mailing a copy of the same by first class mail.

                                                /s/ Mayeti Gametchu_____

| | |
|---|---|
| Joseph G. Butler<br>Barron & Stadfeld<br>50 Staniford Street<br>Suite 200<br>Boston, MA 02114 | AMEX BF<br>600 Travis St., Ste. 1400<br>Houston, TX 77002 |
| Donald F. Farrell, Jr.<br>Philip Silverman<br>Anderson Aquino LLP<br>260 Franklin Street<br>Boston, MA, 02110 | Amphion Ventures LP<br>350 Madison Ave<br>New York, NY 10017<br><br>Andover Mills Realty<br>Urban Commercial<br>200 Brickstone Square, Ste. G09<br>Andover, MA 01810 |
| John Fitzgerlad<br>Office of the U.S. Trustee<br>10 Causeway Street<br>Boston, MA 02222 | BEA Systems, Inc.<br>2315 North First Street<br>San Jose, CA 95131 |
| American Express Travel Rel. Svcs. Co.<br>Inc. Corp. Card<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Bowditch & Dewey<br>161 Worcester Rd.<br>Box 9320<br>Framingham, MA 01701 |

Comm. of Mass. DOR
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Comm. of Mass. REA
Div. of Employment and Training
19 Staniford St.
Boston, MA 02114-2566

David Brooke Associates
250 Park Avenue
17th Floor
New York, NY 10177

Delta Dental Plan of Mass
dba Dental Services of Mass.
465 Medford St.
Boston, MA 02129

Deluxe Systems
50 Strafello Drive
Avon Industrial Park
Avon, MA 02332

Dept. of the Treasury-IRS
JFK PO Box 9112
Insolvency Group 2
Stop 20800
Boston, MA 02203

Ernst & Young
1285 Avenue of the Americas
New York, NY 10019

Mark Kaplan
12 Lantern Lane
Chelmsford, MA 01824

Mass. DET
Attn:  Chief Counsel
Hurley Bldg. Govt. Ctr.
Boston, MA 02114

Ontos, Inc. c/o Robert Bertoldi - Vennworks
350 Madison Ave.
New York, NY 10017

Robert Bertoldi
500 East 77th Street
Apt. 2322
New York, NY 10162

Kenneth Lord
Firestar, Inc.
31 Nagar Park
Acton, MA 01720

Kenneth Lord
11 Suzanne Road
Lexington, MA 02420

Richard E. Morgan
88 Foxwood Road
Stanford, CT 06903

Pitney Bowes Credit Corp
Attn: Recovery Department
27 Waterview Dr.
Shelton, CT 06484-4361

Silver Plume
4775 Walnut St, Ste 2B
Boulder, CO 80301

Stephen Ford
1213 John Street
Baltimore, MD 21217

Vennworks
350 Madison Ave, 16th flr.
New York, NY 10017

William Yerkes
282 Kendall Road
Tewksbury, MA 01876

Christian J. Urbano
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108-3107