**Joint Notice of Appeal by Appellants T. Mark Morley and Thomas J. McCoy
to a Court of Appeals from a Judgment or Order of a
District Court or a Bankruptcy Appellate Panel**

United States District Court for the District of Massachusetts

| | |
|---|---|
| In re                                    ) | |
| Ontos, Inc.,                             ) | |
| Debtor                                   ) | |
|                                          ) | Files No 1:05-cv-11708-RGS |
| T. Mark Morley                           ) | 1:05-cv-11710-RGS |
| Thomas J. McCoy,                         ) | |
| Plaintiffs                               ) | |
| v.                                       ) | |
| Ontos, Inc., Joseph G Butler             ) | |
| as Chapter 7 Trustee of the              ) | |
| Estate of Ontos, Inc.,                   ) | |
| Firestar Software, Inc.,                 ) | |
| Kenneth Lord,                            ) | |
| Amphion Ventures,                        ) | |
| Robert J. Bertoldi,                      ) | |
| Richard C.E. Morgan                      ) | |
| John Fitzgerald                          ) | |
| Defendants | |

Notice of Appeal to the United States Court of Appeals for the First Circuit

T. Mark Morley and Thomas J. McCoy, the plaintiffs appeal to the United States Court of Appeals for the First Circuit from the final orders of the district court for the district of Massachusetts, entered in these cases on February 3 and 6, 2006, affirming Massachusetts bankruptcy court orders dated June 29, 2005, and dismissing these cases.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiffs

T. Mark Morley             represented by    T. Mark Morley
and                                          30 Deerpath Road
Thomas J. McCoy                              Dedham, MA 02026
                                             781-461-9211

V.

| | | |
|---|---|---|
| Defendant | | |
| Ontos, Inc. | represented by | Donald F. Farrell, Jr.<br>Anderson Aquino LLP<br>260 Franklin Street<br>Boston, MA 02110<br>617-439-3500<br>Fax: 617-439-0400<br>Email: DFF@andersonaquino.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| | | Philip C. Silverman<br>Anderson Aquino, LLP<br>260 Franklin Street<br>Boston, MA 02110<br>617-439-3500<br>Fax: 617-439-0400<br>Email: psilverman@andersonaquino.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

V.

Appellee

| | |
|---|---|
| Joseph G Butler<br>as Chapter 7 Trustee of the<br>Estate of Ontos, Inc. | Joseph G. Butler<br>Barron & Stadfield PC<br>100 Cambridge Street<br>Suite 1310<br>Boston, MA 02114<br>617-723-9800<br>Fax: 617-523-8359<br>Email: JGB@barronstad.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

| | | |
|---|---|---|
| Appellee | | |
| Firestar Software, Inc. | represented by | Christian J. Urbano<br>Hanify & King<br>One Beacon Street<br>21st Floor<br>Boston, MA 02108-3107<br>617-423-0400<br>Fax: 617-556-8985<br>Email: cju@hanify.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Eric P. Heichel<br>Eiseman Levine Lehrhaupt &<br>Kakoyiannis, P.C.<br>845 Third Avenue<br>New York, NY 10022<br>US<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Harold B. Murphy<br>Hanify & King, P.C.<br>One Beacon Street<br>Boston, MA 02108-3107<br>617-423-0400<br>Fax: 617-556-8985<br>Email: bankruptcy@hanify.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| Appellee | | |
| Kenneth Lord | represented by | Christian J. Urbano<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Eric P. Heichel<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Harold B. Murphy<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

Appellee

| | | |
|---|---|---|
| Amphion Ventures | represented by | Eric P. Heichel<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

Appellee

| | | |
|---|---|---|
| Robert J. Bertoldi | represented by | Eric P. Heichel<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

Appellee

| | | |
|---|---|---|
| Richard C.E. Morgan | represented by | Eric P. Heichel<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

| | | |
|---|---|---|
| John Fitzgerald | represented by | Joseph G. Butler<br>Barron & Stadfield PC<br>100 Cambridge Street<br>Suite 1310<br>Boston, MA 02114<br>617-723-9800<br>Fax: 617-523-8359<br>Email: JGB@barronstad.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |

Dated: February 28, 2006

Signed: /s/ T. Mark Morley
Attorney for Appellants:
    T. Mark Morley
Address: 30 Deerpath Road
    Dedham, MA 02026
    Phone 781-461-9211
    Massachusetts BBO#355320
    Federal First Circuit Bar # 110678

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party on February 28, 2006.

/s/ T. Mark Morley
T. Mark Morley
Massachusetts BBO#355320
First Circuit Bar# 110678