# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name ___McCoy v. Ontos et al.___
District Court Case No. __1:05-CV-11710-RGS__ District of __MASSACHUSETTS__
Date Notice of Appeal filed __2/28/06__ Court of Appeals Case No. __To be assigned__
Form filed on behalf of __McCoy__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __JAMES GIBBONS__
Phone Number of Reporter __617 428 0402__

A. __✓__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☑ Opening Statement (plaintiff) | 2/1/06 |
| ☑ Opening Statement (defendant) | 2/1/06 |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | NOTE: SAME |
| ☐ Closing Argument (defendant) | AS TRANSCRIPT |
| ☐ Findings of Fact/Conclusions of Law | FOR DISTRICT CT |
| ☐ Jury Instructions | CASE |
| ☐ Change of Plea | 1:05-CV-11708-RGS |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __✓__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☑ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __T. Mark Morley__ Filer's Signature __T. Mark Morley__
Firm/Address __30 DEERPATCH ROAD DEDHAM MA 02026__
Telephone number __781 461 9211__ Date mailed to court reporter __3/14/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                SEE INSTRUCTIONS ON REVERSE

Certificate of Service

I hereby certify that a true copy of the attached document was served upon the attorney of record for each party and on Settlement Counsel, Civil Appeals Management Program, 1 Courthouse Way, Suite 3440, Boston, MA 02210

on  3/14/06

*T. Mark Morley*

3/14/06

Massachusetts BBO#355320
First Circuit Bar# 110678